**Opinion filed June 19, 2025**



### In The

# Eleventh Court of Appeals

_____

## No. 11-25-00041-CR

_____

## BRIAN KEITH JOHNSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 50th District Court**
**Knox County, Texas**
**Trial Court Cause No. 4201**

### M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss this appeal. In his motion, Appellant states that he wishes to withdraw his notice of appeal and requests that we dismiss the appeal "pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure." *See* TEX. R. APP. P. 42.2(a). The motion is signed by Appellant and Appellant's counsel in compliance with Rule 42.2(a). *See id.*

We grant Appellant's motion and dismiss this appeal.


W. BRUCE WILLIAMS

JUSTICE


June 19, 2025

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.